JOHN SMITH, Respondent, *v.* FREDERICK ENDRES, Appellant.

(Argued October 10, 1881; decided October 25, 1881.)

*Horace Graves* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

ELIZABETH B. BIRCH, Respondent, *v.* JAMES H. JANSEN et al., Appellants.

(Argued October 11, 1881; decided October 25, 1881.)

*D. M. De Witt* for appellants.

*James G. Graham* for respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.